Jeremy Pinson #16267-064
**Name and Prisoner/Booking Number**

U.S. Penitentiary Tucson
**Place of Confinement**

P.O. Box 24550
**Mailing Address**

Tucson AZ 85734
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
RECEIVED ___ COPY

MAR 22 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

Jeremy Pinson
(Full Name of Plaintiff)      Plaintiff,

vs.

(1) Officer Ivey
(Full Name of Defendant)

(2) Unknown named Officer #1

(3) Unknown named Officer #2
    SIS Tech. J. Espinoza

(4) ~~scribbled out~~

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CV 18-0152 TUC DCB PSOT

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Tucson U.S. Penitentiary

550/555

B. Defendants (continued)

5. FNU McWhorter — Captain
6. FNU Jusino — Asst Warden
7. Joe Castillo — Regional Director
8. Williams — Registered Nurse
9. John Shartle — Warden

1-A

## B. DEFENDANTS

1. Name of first Defendant: __Officer Wey__. The first Defendant is employed as: __Officer__ at __USP Tucson__.
   (Position and Title) (Institution)

2. Name of second Defendant: __J. Espinoza__. The second Defendant is employed as: __SIS Technician__ at __USP Tucson__.
   (Position and Title) (Institution)

3. Name of third Defendant: __Unknown Named #1__. The third Defendant is employed as: __Officer__ at __USP Tucson__.
   (Position and Title) (Institution)

4. Name of fourth Defendant: __Unknown Named #2__. The fourth Defendant is employed as: __Officer__ at __USP Tucson__.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __Unknown__ Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Pinson__ v. __Unknown Party__
      2. Court and case number: __13-cv-2059 D.Ariz.__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending remand from 9th Circuit__

   b. Second prior lawsuit:
      1. Parties: __Pinson__ v. __DOJ et al.__
      2. Court and case number: __D.D.C. 12-CV-1872__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending trial__

   c. Third prior lawsuit:
      1. Parties: __Pinson__ v. __BOP et al.__
      2. Court and case number: __M.D.Pa. 17-cv-584__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **8th Amendment - Denial of Medical Care**.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 3-17-18 at around 12:00 pm in the hallway outside the USP Tucson dining hall defendant Ivey stopped plaintiff on the way to obtain medications prescribed by a medical doctor. Ivey denied plaintiff her medications. Plaintiff then asked to see Lieutenant Martinez and Ivey, Espinoza and 2 unknown named officers surrounded plaintiff and forced all inmates exiting the dining hall to reenter it. Ivey stated, "now we're gonna do this my way which is to stomp, choke and beat you to death, don't you ever ask for my supervisor and if you file on this SIS right there will know and tell me and I will kill you." Defendants Espinoza, Unknown named #1 and 2 nodded agreement. Then Ivey said "No medication for you from this point on". Plaintiff is on hormone therapy and will die potentially as suddenly stopping hormone therapy causes extreme risk of stroke and/or heart attack. Ivey yelled at plaintiff repeatedly "You're a fucking snitch" observed by fellow inmates.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mental and emotional trauma, physical ailments including heart palpitations, headaches, vomiting, nausea

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because staff threatened to kill me if I filed a grievance.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Violation of 8th Amendment (labeling plaintiff a snitch, threats of violence)</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities         ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion     ☒ Retaliation
   ☒ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   See facts of claim one reincorporated here.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   See Claim I, #4

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?    ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. See Claim I, Sec. 5(d)

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Violation of 1st and 8th Amendment</u>.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   See Facts of Claim One reincorporated here. Defendant Espinoza later accused plaintiff of "lying" on Ivey and promised his entire SIS department would begin blocking all postal mail, emails, and would begin locking plaintiff into the SHU and get her "transferred" if she filed on him and Ivey. Then a medical staff member stated he would stop all medications as well. As of this complaint medications, email and mail are being withheld.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   See Claim I # 4

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. See Claim I, Sec. 5(d)

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1. Compensatory and Punitive damages in an amount to be determined by a jury.
2. Injunction enjoining using mail, email, Segregation and transfer as tools of retaliation.
3. Declaratory Order that defendants violated plaintiffs Constitutional rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-17-18
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

D- Cause of Action

Count IV

1. Violation of the 1st and 8th Amendments

2. Basic Necessities, Mail, Threat to Safety, Access to the Court, Medical Care, Retaliation

3. Supporting Facts: See Facts of Claims 1-3. Defendants Mauhorter, Jusino, Castillo, Shartle are individually and jointly responsible for training, supervising, disciplining defendants Ivey, Estrada, Unknown #1&2 and others. Despite hundreds of written and verbal complaints against defendants and other USP Tucson staff for abuse and misconduct defendants Mauhorter, Jusino, Castillo, Shartle continued to fail to act to properly supervise, train and discipline Ivey, Estrada, Unknown #1&2 and many other staff.

4. Injury: See Claim I, sec. 4

5. Exhaustion: See Claim I, sec. 5(d).

7