IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____ FILED _____ LODGED
_____ RECEIVED _____ COPY

JUN 2 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

JEREMY PINSON,
    PLAINTIFF,

v.                                              NO. CV 18-00152-TUC-DCB

Unknown Ivey, et al.,
    DEFENDANTS

### NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS

COMES NOW the plaintiff, pro se, and files notice of appeal to the Ninth Circuit U.S. Court of Appeals, the denial of a preliminary injuction (Doc. 8) pursuant to Fed.R.App.P. 4 and 28 U.S.C. 1292 on this 16th day of June 2018.

Jeremy Pinson #16267-064

USP Tucson

PO Box 24550

Tucson AZ 85734

Plaintiff - pro se