Jeremy Pinson #16267-064
Name and Prisoner/Booking Number

U.S. Penitentiary Tucson
Place of Confinement

PO Box 24550
Mailing Address

Tucson AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
✓ FILED       ___ LODGED
___ RECEIVED  ___ COPY

      JUN 21 2018

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jeremy Pinson ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Federal Bureau of Prisons ,
(Full Name of Defendant)

(2) Officer Ivey ,

(3) United States of America ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 18-cv-00152-DCB-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: FTCA 28 U.S.C. 2671-80

2. Institution/city where violation occurred: Tucson U.S. Penitentiary

Revised 3/11/16

1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Federal Bureau of Prisons__. The first Defendant is employed as: __Government Agency__ at __USP Tucson__.
   (Position and Title)               (Institution)

2. Name of second Defendant: __Officer Ivey__. The second Defendant is employed as: __Correctional Officer__ at __USP Tucson__.
   (Position and Title)               (Institution)

3. Name of third Defendant: __United States of America__. The third Defendant is employed as: __Government__ at __USP Tucson__.
   (Position and Title)               (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)               (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __100+__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Pinson__ v. __DOJ__
      2. Court and case number: __D.D.C. No. 12-cv-1872__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

   b. Second prior lawsuit:
      1. Parties: __Pinson__ v. __Unknown Party__
      2. Court and case number: __D. Ariz. No. 13-cv-2059__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

   c. Third prior lawsuit:
      1. Parties: __Pinson__ v. __DOJ__
      2. Court and case number: __D.D.C. No.__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>FTCA 28 U.S.C. 2671-80 and 8th Amendment</u>.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count 1. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>Continued on Page 7</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>Vomiting, anxiety, heart palpitations, Mental and emotional distress, suicidal ideation.</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Was denied a response and forms to appeal</u>.

# COUNT II

1. State the constitutional or other federal civil right that was violated: __N/A__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: __N/A__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1. Compensatory and Punitive damages in an amount to be proven at trial.
2. Trial by Jury.
3. Costs and fees.
4. Injunction enjoining any denial of access by BOP employees to medical treatments relating to hormone therapy.
5. Declaratory relief declaring defendants actions unconstitutional.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-16-18
            DATE                                SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Count One, Supporting Facts:

1. Plaintiff is an inmate in the custody of defendant BOP and is housed at USP Tucson.
2. Defendant Ivey is a correctional officer employed at USP Tucson.
3. Defendant Ivey is not permitted by any BOP policy to deny any inmate medical treatment, furthermore it is a violation of BOP policy for an officer to interfere with prescribed treatments.
4. As an employee of the BOP, Ivey is an employee of defendant USA.
5. Plaintiff is prescribed hormone therapy medications because she is a male to female transgender and WPATH and BOP Clinical Practice guidelines suggest such treatment for Gender Dysphoria.
6. Plaintiff has been on hormone therapy since 2016. Upon prescribing the medications, plaintiff's doctor warned her that immediate cessation of the medications could cause sudden death from a stroke heart attack or pulmonary embolism.
7. On March 17, 2018 the plaintiff forgot her prison ID before going to lunch. The ID is required to pick up medications. The plaintiff returned to her unit to retrieve her ID and returned in the direction of the medical department.
8. Upon entering the building where medical is located at USP Tucson defendant Ivey stopped plaintiff and denied her request to go to medical to obtain the medications.
9. Ivey, and other staff, displayed hostility toward the plaintiff when she explained the importance of the medications, including potential stroke, heart attack, or pulmonary embolism.
10. Ivey acting in concert with other staff present were asked by plaintiff to see the lieutenant to which Ivey stated to the plaintiff that "now we're gonna do this my way which is to stomp, choke, and beat you to death , dont ever ask for my supervisor and if you file on this SIS right there will know and tell me and I will kill you."
11. Ivey then enlisted the other staff to threaten plaintiff.
12. Plaintiff did not receive her medications that day, and many since, due to officers denying her access to medical to act in solidarity with Ivey.
13. Plaintiff has experienced serious and significant physical and mental distress due to Ivey's actions, and the actions of subsequent BOP staff.