**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-18-00152-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Ivey, et al., | |
| Defendants. | |

This matter was stayed due to the Federal Government shutdown. On February 4, 2019, the Defendants filed a Notice of Resumed Government Activity. (Doc. 24.) Defendants filed a proposed deadline to file the Answer by April 5, 2019 by which time counsel will be representing all Defendants. (Notice (Doc. 28)). Plaintiff filed a Motion for Order to Show Cause why the Defendants should not be sanctioned for fraud because the Notice reflected his electronic signature suggesting he had no objection to the proposed April 5, 2019 date. The Defendants explain the electronically attached signature was an oversight because they were filing numerous Notices in all the cases that had been stayed during the shutdown. (Doc. 27.) The Court finds no fraud upon the Court.

**Accordingly,**

**IT IS ORDERED** that the Motion for Order to Show Cause (Doc. 26) is DENIED.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Defendants shall Answer, file a motion, or otherwise respond to Plaintiff's First Amended Complaint by April 5, 2019.

Dated this 11th day of March, 2019.

_____
Honorable David C. Bury
United States District Judge